```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRUSTEES OF THE DISTRICT COUNCIL NO.9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND and
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                              Petitioners,

        -against-                                           25 Civ. 764 (AT)

Sunlab Contractors Inc.,                                    ORDER

                              Respondent.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2025_

ANALISA TORRES, District Judge:

On January 27, 2025, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **March 4, 2025**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support their petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **March 25, 2025**, Respondent shall file its opposition papers; and

3. By **April 8, 2025**, Petitioners shall file their reply, if any.

By **February 14, 2025**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service. By **February 18, 2025**, Petitioners shall file an affidavit of such service on the docket.

SO ORDERED.

Dated: January 29, 2025
       New York, New York

ANALISA TORRES
United States District Judge