USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2025__

**BIS | BARNES IACCARINO & SHEPHERD LLP**
**ATTORNEYS AT LAW**

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Michele J. Haran
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

Roy Barnes, Retired

www.bislawfirm.com

March 3, 2025

**VIA ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 11201

Re:    Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al.
       v. Sunlab Contractors Inc.

Case No.:   1:25-cv-00764-AT

Dear Judge Torres,

    This firm represents Petitioners Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al. in the above referenced matter. On January 29, 2025, the Court entered an Order [ECF No. 7], directing Petitioners to file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support their petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be by March 4th. Counsel for Respondent Sunlab Contractors Inc. and I have recently been in contact in an attempt to resolve this matter. In light of these circumstances, Petitioners respectfully request an extension to serve the documents and materials set forth in the Court's January 29th Order until March 18th.

    The Funds have not submitted a prior request for an extension in this case. I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,
/s/ Lauren M. Kugielska
Lauren M. Kugielska

GRANTED.  By **March 18, 2025**, Petitioners shall file and serve the relevant materials.  By **April 8, 2025**, Respondent shall file its opposition papers.  By **April 22, 2025**, Petitioners shall file their reply, if any.

SO ORDERED.

Dated: March 4, 2025
New York, New York

ANALISA TORRES
United States District Judge