USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025

**BIS | BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

April 1, 2025

**VIA ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 11201

Re: <u>Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al. v. Sunlab Contractors Inc.</u>

Case No.: 1:25-cv-00764-AT

Dear Judge Torres,

    This firm represents Petitioners Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al. in the above referenced matter. On March 19, 2025, the Court entered an Order [ECF No. 12], directing Petitioners to file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support their petition, including memoranda of law, the arbitration award and supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be by April 1st. The parties are continuing to work toward resolution of this matter, and are aiming to have a settlement agreement executed imminently. In light of these circumstances, Petitioners respectfully request an extension to serve the documents and materials set forth in the Court's March 19th Order until April 15th.

    Petitioners submitted two (2) prior requests for an extension in this case.

Respectfully submitted,
/s/ *Lauren M. Kugielska*
Lauren M. Kugielska

GRANTED.

SO ORDERED.

Dated: April 2, 2025
New York, New York

ANALISA TORRES
United States District Judge